UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  JOHN G. KETCHERICK, JR.

Case No.: 16-33571-VFP
Chapter: 7
Judge: Vincent F. Papalia

### NOTICE OF PROPOSED ABANDONMENT

__David Wolff__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
United States Bankruptcy Court
50 Walnut Street
3rd Floor
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __Vincent F. Papalia__ on __March 14, 2017__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real property located at 3676 Hill Road, Parsippany, New Jersey
Value: $561,000.00

Liens on property:
Select Portfolio Servicing, Inc.  $575,000.00
George Fresolone  $145,000.00

Amount of equity claimed as exempt:
$10,000.00

Objections must be served on, and requests for additional information directed to:

Name: David Wolff, Trustee
Address: 396 Route 34, Matawan, New Jersey 07747
Telephone No.: (732) 566-1189

*rev.8/1/15*

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                        Case No. 16-33571-VFP
John G. Ketcherick, Jr.                                       Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2        User: admin              Page 1 of 2         Date Rcvd: Feb 10, 2017
                            Form ID: pdf905          Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2017.
```
db            +John G. Ketcherick, Jr.,   P.O. Box 194,   Mountain Lakes, NJ 07046-0194
516543079     +American Express,   PO Box 981537,   El Paso, TX 79998-1537
516543080    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 982235,   El Paso, TX 79998)
516592554      Bob Miller,   3595 Hill Road,   Parsippany, NJ 07054
516543081     +Capital One,   PO Box 30281,   Salt Lake City, UT 84130-0281
516543082     +Chase,   PO Box 15298,   Wilmington, DE 19850-5298
516543083     +Chuck Hill Snowplowing,   5 Plymouth Road,   Morristown, NJ 07960-4513
516592555      Connect One Bank,   501 Sylvan Ave.,   Englewood Cliffs, NJ 07632
516543084     +Discover Card,   Attn: Pressler & Pressler,   7 Entin Rd.,   Parsippany, NJ 07054-5020
516592553     +Dukes Landscaping,   50 Route 46 West,   Hackettstown, NJ 07840-4938
516543085     +Eileen Ketcherick,   PO Box 194,   Mountain Lakes, NJ 07046-0194
516543095    ++FINANCIAL INSTITUTION LENDING OPTIONS,   550 BAY VIEW RD STE A,   PO BOX 750,
                MUKWONAGO WI 53149-0750
               (address filed with court: SST,   PO Box 3999,   Saint Joseph, MO 64503)
516543086     +George Fresolone,   23 Niblick Street,   Point Pleasant Beach, NJ 08742-3144
516543087     +LVNV Funding LLC,   Attn: Foster Garbus & Garbus,   7 Banta Pl.,   Hackensack, NJ 07601-5604
516543088     +Morristown Medical Center,   Attn: Certified Credit & Collection Bure,   PO Box 336,
                Raritan, NJ 08869-0336
516543089     +Morristown Medical Center,   Attn: Accurate Collection Services,   17 Prospect St,
                Morristown, NJ 07960-6862
516543091     +NJ Natural Gas Co.,   PO Box 11743,   Newark, NJ 07101-4743
516543090      Nationwide Credit Inc.,   PO Box 26314,   Lehigh Valley, PA 18002-6314
516543092     +PNC Bank,   2730 Liberty Ave.,   Pittsburgh, PA 15222-4747
516543093      PNC Bank Business Credit Card,   PO Box 6352,   Fargo, ND 58125-6352
516543094     +Schatzman Baker PC,   731 Alexander Road,   Suite 201,   Princeton, NJ 08540-6345
516543096     +Wilmington Trust NA,   Attn:  KML Law Group, PC,   430 Mountain Avenue, Suite 200,
                New Providence, NJ 07974-2761
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 11 2017 06:29:44      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 11 2017 06:29:40      United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516543078     +E-mail/Text: bkr@cardworks.com Feb 11 2017 06:28:50      Advanta Bank Corp.,
                Attn: Carson Smithfield LLC,   225 West Station Square Drive,   Pittsburgh, PA 15219-1174
                                                                                              TOTAL: 3
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2017                                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2017 at the address(es) listed below:
              David Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
              David A. Ast    on behalf of Debtor John G. Ketcherick, Jr. david@astschmidtlaw.com,
               info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Feb 10, 2017
                              Form ID: pdf905          Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Denise E. Carlon    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank NA, as trustee on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2006-HE3, Asset-Backed Certificates, Series 2006- dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 4