| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>LAW OFFICES OF DAVID WOLFF LLC<br>**Attorneys for Trustee**<br>396 Route 34<br>Matawan, New Jersey 07747<br>(732) 566-1189<br>DW/1993 |
| **In Re:**<br><br>**JOHN G. KETCHERICK, JR.,**<br><br>                **Debtor.** |

Order Filed on July 21, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:** 16-33571-VFP

**Judge:** Hon. Vincent F. Papalia

**Chapter 7 Proceeding**

### ORDER FOR RETENTION OF COUNSEL TO TRUSTEE

The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: July 21, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2

**Debtor:** John G. Ketcherick, Jr.

**Case No. :** 16-33571-VFP

**Caption of Order:** ORDER FOR RETENTION OF COUNSEL TO TRUSTEE

___

Upon consideration of this matter, being opened to the Court by Law Offices of David Wolff LLC upon the annexed Application for retention of attorneys for Trustee ("Trustee"); and it appearing from the Application that the firm of Law Offices of David Wolff LLC represents no interest adverse to the Debtor or the Debtor's estate in the matters upon which they are to be engaged and that their employment is necessary and would be in the best interest of this estate; and good cause appearing therefore, it is hereby

ORDERED that the Trustee, be and is hereby authorized to retain the firm of Law Offices of David Wolff LLC as his attorneys to represent him in the above-captioned bankruptcy matter, effective the date of the Trustee's appointment; and it is further

ORDERED that the fees and expenses to the firm of Law Offices of David Wolff LLC, shall be fixed by further Order of the Court.