**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**LAW OFFICES OF DAVID WOLFF LLC**
**Attorneys for Trustee**
**396 Route 34**
**Matawan, New Jersey 07747**
**(732) 566-1189**
**DW/1993**

Order Filed on July 21, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**JOHN G. KETCHERICK, JR.,**

                              **Debtor.**

Case No.: **16-33571-VFP**

Judge: Hon.  Vincent F. Papalia

Chapter 7 Proceeding

## ORDER FOR RETENTION OF COUNSEL TO TRUSTEE

The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: July 21, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**Page 2**

**Debtor:   John G. Ketcherick, Jr.**

**Case No. : 16-33571-VFP**

**Caption of Order: ORDER FOR RETENTION OF COUNSEL TO TRUSTEE**

---

Upon consideration of this matter, being opened to the Court by Law Offices of David Wolff LLC upon the annexed Application for retention of attorneys for Trustee ("Trustee"); and it appearing from the Application that the firm of Law Offices of David Wolff LLC represents no interest adverse to the Debtor or the Debtor's estate in the matters upon which they are to be engaged and that their employment is necessary and would be in the best interest of this estate; and good cause appearing therefore, it is hereby

ORDERED that the Trustee, be and is hereby authorized to retain the firm of Law Offices of David Wolff LLC as his attorneys to represent him in the above-captioned bankruptcy matter, effective the date of the Trustee's appointment; and it is further

ORDERED that the fees and expenses to the firm of Law Offices of David Wolff LLC, shall be fixed by further Order of the Court.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-33571-VFP
John G. Ketcherick, Jr.                                                   Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Jul 21, 2017
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2017.
db               +John G. Ketcherick, Jr.,    P.O. Box 194,    Mountain Lakes, NJ 07046-0194

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2017                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2017 at the address(es) listed below:
          David   Wolff    dwtrustee@verizon.net,   NJ50@ecfcbis.com
          David   Wolff    on behalf of Attorney   Law Offices of David Wolff LLC dwtrustee@verizon.net,
          NJ50@ecfcbis.com
          David A. Ast    on behalf of Debtor John G. Ketcherick, Jr. david@astschmidtlaw.com,
          info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
          Denise E. Carlon    on behalf of Creditor   Wilmington Trust, NA, a successor trustee to Citibank NA,
          as trustee on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust
          2006-HE3, Asset-Backed Certificates, Series 2006- dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                   TOTAL: 5