FORM NOA (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102
Telephone number: 973−645−4764

Honorable Vincent F. Papalia, U.S. Bankruptcy Judge

| **CASE NUMBER:** 16−33571−VFP | **DATE FILED::** 12/12/16 |
|---|---|
| **In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):** <br>John G. Ketcherick Jr. <br>aka Jack Ketcherick, aka Jack M. Ketcherick, aka John Ketcherick Jr., aka John M. Ketcherick <br>xxx−xx−5269 | **ADDRESS OF DEBTOR(S):** <br><br>P.O. Box 194 <br>Mountain Lakes, NJ 07046 |
| DEBTOR'S ATTORNEY: <br>David A. Ast <br>Ast & Schmidt <br>222 Ridgedale Ave. <br>PO Box 1309 <br>Morristown, NJ 07962−1309 <br><br>(973) 984−1300 | TRUSTEE: <br>David Wolff <br>Law Offices of David Wolff LLC <br>396 Route 34 <br>Matawan, NJ 07747 <br>732−566−1189 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

11/27/17

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: August 29, 2017    FOR THE COURT
                          Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:  
John G. Ketcherick, Jr.  
    Debtor

Case No. 16-33571-VFP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Aug 29, 2017  
    Form ID: noa    Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2017.

```
db          +John G. Ketcherick, Jr.,    P.O. Box 194,    Mountain Lakes, NJ 07046-0194
aty         +Law Offices of David Wolff LLC,    396 Route 34,    Matawan, NJ 07747-7115
516592554    Bob Miller,    3595 Hill Road,    Parsippany, NJ 07054
516543083   +Chuck Hill Snowplowing,    5 Plymouth Road,    Morristown, NJ 07960-4513
516592555    Connect One Bank,    501 Sylvan Ave.,    Englewood Cliffs, NJ 07632
516543084   +Discover Card,    Attn: Pressler & Pressler,    7 Entin Rd.,    Parsippany, NJ 07054-5020
516592553   +Dukes Landscaping,    50 Route 46 West,    Hackettstown, NJ 07840-4938
516543085   +Eileen Ketcherick,    PO Box 194,    Mountain Lakes, NJ 07046-0194
516543095  ++FINANCIAL INSTITUTION LENDING OPTIONS,    550 BAY VIEW RD STE A,    PO BOX 750,
               MUKWONAGO WI 53149-0750
             (address filed with court:   SST,    PO Box 3999,    Saint Joseph, MO 64503)
516543086   +George Fresolone,    23 Niblick Street,    Point Pleasant Beach, NJ 08742-3144
516543087   +LVNV Funding LLC,    Attn: Foster Garbus & Garbus,    7 Banta Pl.,    Hackensack, NJ 07601-5604
516543088   +Morristown Medical Center,    Attn: Certified Credit & Collection Bure,    PO Box 336,
               Raritan, NJ 08869-0336
516543089   +Morristown Medical Center,    Attn: Accurate Collection Services,    17 Prospect St,
               Morristown, NJ 07960-6862
516543091   +NJ Natural Gas Co.,    PO Box 11743,    Newark, NJ 07101-4743
516543090    Nationwide Credit Inc.,    PO Box 26314,    Lehigh Valley, PA 18002-6314
516543092   +PNC Bank,    2730 Liberty Ave.,    Pittsburgh, PA 15222-4747
516543093    PNC Bank Business Credit Card,    PO Box 6352,    Fargo, ND 58125-6352
516543094   +Schatzman Baker PC,    731 Alexander Road,    Suite 201,    Princeton, NJ 08540-6345
516543096   +Wilmington Trust NA,    Attn:   KML Law Group, PC,    430 Mountain Avenue, Suite 200,
               New Providence, NJ 07974-2761
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Aug 30 2017 00:55:58      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 30 2017 00:55:54      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr          +EDI: RMSC.COM Aug 30 2017 00:33:00      Synchrony Bank c/o PRA Receivables Management, LLC,
               Valerie Smith,    PO BOX 41021,    Norfolk, VA 23541-1021
516543078   +EDI: MERRICKBANK.COM Aug 30 2017 00:28:00      Advanta Bank Corp.,
               Attn:   Carson Smithfield LLC,    225 West Station Square Drive,    Pittsburgh, PA 15219-1174
516543079   +EDI: AMEREXPR.COM Aug 30 2017 00:33:00      American Express,    PO Box 981537,
               El Paso, TX 79998-1537
516543080    EDI: BANKAMER.COM Aug 30 2017 00:33:00      Bank of America,    PO Box 982235,
               El Paso, TX 79998
516543081   +EDI: CAPITALONE.COM Aug 30 2017 00:33:00      Capital One,    PO Box 30281,
               Salt Lake City, UT 84130-0281
516543082   +EDI: CHASE.COM Aug 30 2017 00:28:00      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
516654687   +EDI: RMSC.COM Aug 30 2017 00:33:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Law Offices of David Wolff,    396 Route 34,    Matawan, NJ 07747-7115
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-2              User: admin                    Page 2 of 2                Date Rcvd: Aug 29, 2017
                                  Form ID: noa                   Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2017 at the address(es) listed below:
          David   Wolff    dwtrustee@verizon.net,    NJ50@ecfcbis.com
          David   Wolff    on behalf of Trustee David   Wolff dwtrustee@verizon.net,    NJ50@ecfcbis.com
          David   Wolff    on behalf of Attorney    Law Offices of David Wolff LLC dwtrustee@verizon.net,
       NJ50@ecfcbis.com
          David A. Ast    on behalf of Debtor John G. Ketcherick, Jr. david@astschmidtlaw.com,
       info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
          Denise E. Carlon    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank NA,
       as trustee on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust
       2006-HE3, Asset-Backed Certificates, Series 2006- dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 6