UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  JOHN G. KETCHERICK, JR.          Case No.:    16-33571-VFP

                                         Chapter:     7

                                         Judge:       Vincent F. Papalia

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

David Wolff                         , Trustee                    , in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| Address of the Clerk: |
| --- |
| United States Bankruptcy Court |
| 50 Walnut Street |
| 3rd Floor |
| Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable  Vincent F. Papalia  on January 9, 2018 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 3B, _____(hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of Action:

The Trustee, via his counsel, has asserted claims on behalf of the bankruptcy estate for the estate's interest in J&J Equities, LLC, a real estate holding company, for which an ownership interest was transferred pre-petition by the debtor to non-debtor Eileen Ketcherick, and against Ms. Ketcherick related to a personal residence. J&J Equities, LLC and Ms. Ketcherick, via their counsel, have asserted numerous defenses to the estate claims without acknowledging liability. Both parties understand the complexities of the claims and uncertainties of litigation, and have reached a resolution.

> Pertinent terms of settlement:
>
> In lieu of engaging in time-consuming and cost-consuming additional discovery and likely protracted litigation, the parties have reached a resolution. The lump sum of $96,000 ("Settlement Payment") is being held in escrow in the attorney trust account of counsel for J&J Equities, LLC and Ms. Ketcherick and shall be remitted to the bankruptcy estate within 10 days of approval of this settlement, via entry of a Certification of No Objection or an Order in case of objection.
>
> In consideration for receipt of the Settlement Payment, the Trustee and the bankruptcy estate shall release and waive any and all claims against J&J Equities, LLC and Eileen Ketcherick, and J&J Equities, LLC and Eileen Ketcherick shall similarly release and waive any and all claims against the Trustee and bankruptcy estate.
>
> If the settlement is not approved on or before January 31, 2018 the parties revert back to their original positions.

Objections must be served on, and requests for additional information directed to:

Name:           David Wolff, Esq.

Address:        396 Route 34, Matawan, New Jersey 07747

Telephone No.:  (732) 566-1189

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                               Case No. 16-33571-VFP
John G. Ketcherick, Jr.                                              Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2         Date Rcvd: Dec 07, 2017
                             Form ID: pdf905          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2017.
```
db           +John G. Ketcherick, Jr.,    P.O. Box 194,    Mountain Lakes, NJ 07046-0194
aty          +Law Offices of David Wolff LLC,    396 Route 34,    Matawan, NJ 07747-7115
516543079    +American Express,    PO Box 981537,    El Paso, TX 79998-1537
517179509     American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516543080   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998)
516592554     Bob Miller,    3595 Hill Road,    Parsippany, NJ 07054
516543081    +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
516543082    +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
516543083    +Chuck Hill Snowplowing,    5 Plymouth Road,    Morristown, NJ 07960-4513
516592555     Connect One Bank,    501 Sylvan Ave.,    Englewood Cliffs, NJ 07632
517199550    +ConnectOne Bank, f/k/a Red Oak Bank,    301 Sylvan Ave,    Englewood Cliffs, NJ 07632-2539
516543084    +Discover Card,    Attn: Pressler & Pressler,    7 Entin Rd.,    Parsippany, NJ 07054-5020
516592553    +Dukes Landscaping,    50 Route 46 West,    Hackettstown, NJ 07840-4938
516543085    +Eileen Ketcherick,    PO Box 194,    Mountain Lakes, NJ 07046-0194
516543095   ++FINANCIAL INSTITUTION LENDING OPTIONS,    550 BAY VIEW RD STE A,    PO BOX 750,
               MUKWONAGO WI 53149-0750
             (address filed with court: SST,    PO Box 3999,    Saint Joseph, MO 64503)
516543086    +George Fresolone,    23 Niblick Street,    Point Pleasant Beach, NJ 08742-3144
516543087    +LVNV Funding LLC,    Attn: Foster Garbus & Garbus,    7 Banta Pl.,    Hackensack, NJ 07601-5604
516543088    +Morristown Medical Center,    Attn: Certified Credit & Collection Bure,    PO Box 336,
               Raritan, NJ 08869-0336
516543089    +Morristown Medical Center,    Attn: Accurate Collection Services,    17 Prospect St,
               Morristown, NJ 07960-6862
516543091    +NJ Natural Gas Co.,    PO Box 11743,    Newark, NJ 07101-4743
516543090     Nationwide Credit Inc.,    PO Box 26314,    Lehigh Valley, PA 18002-6314
516543092    +PNC Bank,    731 Alexander Road, Ste 21,    PO BOX 2329,    Princeton, NJ 08543-2329
516543093     PNC Bank Business Credit Card,    PO Box 6352,    Fargo, ND 58125-6352
516543094    +Schatzman Baker PC,    731 Alexander Road,    Suite 201,    Princeton, NJ 08540-6345
516543096    +Wilmington Trust NA,    Attn: KML Law Group, PC,    430 Mountain Avenue, Suite 200,
               New Providence, NJ 07974-2761
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Dec 07 2017 21:26:23    U.S. Attorney,   970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 07 2017 21:26:22    United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr           +E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2017 21:25:06
               Synchrony Bank c/o PRA Receivables Management, LLC,    Valerie Smith,    PO BOX 41021,
               Norfolk, VA 23541-1021
516543078    +E-mail/Text: bkr@cardworks.com Dec 07 2017 21:26:10    Advanta Bank Corp.,
               Attn: Carson Smithfield LLC,    225 West Station Square Drive,    Pittsburgh, PA 15219-1174
517180329     E-mail/PDF: resurgentbknotifications@resurgent.com Dec 07 2017 21:25:10
               LVNV Funding LLC, C/O Resurgent Capital Services,    P.O. Box 10675,
               Greenville, SC 29603-0675
516654687    +E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2017 21:25:16    Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Law Offices of David Wolff,    396 Route 34,    Matawan, NJ 07747-7115
                                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2017                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-2              User: admin                    Page 2 of 2                    Date Rcvd: Dec 07, 2017
                                  Form ID: pdf905                Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2017 at the address(es) listed below:
              David    Wolff     dwtrustee@verizon.net,   NJ50@ecfcbis.com
              David    Wolff     on behalf of Trustee David   Wolff dwtrustee@verizon.net,   NJ50@ecfcbis.com
              David    Wolff     on behalf of Attorney     Law Offices of David Wolff LLC dwtrustee@verizon.net,
               NJ50@ecfcbis.com
              David A. Ast     on behalf of Debtor John G. Ketcherick, Jr. david@astschmidtlaw.com,
               info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
              Denise E. Carlon     on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank NA,
               as trustee on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust
               2006-HE3, Asset-Backed Certificates, Series 2006- dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                       TOTAL: 6
```