UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAW OFFICES OF DAVID WOLFF LLC
Attorneys for Trustee
396 Route 34
Matawan, New Jersey  07747
(732) 566-1189
Dw/1993

**Order Filed on January 29, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JOHN G. KETCHERICK, JR.,
                                      Debtor.

Case No.:    16-33571-VFP

Judge:    Vincent F. Papalia

Chapter:    7

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER AUTHORIZING RETENTION OF ACCOUNTANT

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: January 29, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

In re: John G. Ketcherick, Jr.

Case No.: 16-33571-VFP

Applicant: David Wolff

(check all that apply) ☑ Trustee: ☑ Chap. 7 ☐ Chap. 11 ☐ Chap. 13.

☐ Debtor: ☐ Chap. 11 ☐ Chap. 13

☐ Official Committee of _____

Name of Professional: Bederson LLP

Address of Professional: 347 Mt. Pleasant Avenue

West Orange, New Jersey 07052

(973) 736-3333

(973) 736-9219 fax

☐ Attorney for (check all that apply):

☐ Trustee ☐ Debtor-in-Possession

☐ Official Committee of _____

☑ Accountant for:

☑ Trustee ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor ☐ Appraiser ☐ Special Counsel ☐ Auctioneer

☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
John G. Ketcherick, Jr.  
    Debtor

Case No. 16-33571-VFP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 29, 2018  
                           Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2018.  
db           +John G. Ketcherick, Jr.,    P.O. Box 194,    Mountain Lakes, NJ 07046-0194

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2018 at the address(es) listed below:  
         David   Wolff     dwtrustee@verizon.net, NJ50@ecfcbis.com  
         David   Wolff     on behalf of Trustee David   Wolff dwtrustee@verizon.net, NJ50@ecfcbis.com  
         David   Wolff     on behalf of Attorney    Law Offices of David Wolff LLC dwtrustee@verizon.net, NJ50@ecfcbis.com  
         David A. Ast     on behalf of Debtor John G. Ketcherick, Jr. david@astschmidtlaw.com, info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com  
         Denise E. Carlon     on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank NA, as trustee on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2006-HE3, Asset-Backed Certificates, Series 2006- dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                           TOTAL: 6