Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−33571−VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
John G. Ketcherick Jr.
aka Jack Ketcherick, aka Jack M.
Ketcherick, aka John Ketcherick Jr., aka
John M. Ketcherick
P.O. Box 194
Mountain Lakes, NJ 07046

Social Security No.:
xxx−xx−5269

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       3/20/18
Time:       02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Bederson LLP

COMMISSION OR FEES
$3,295.50

EXPENSES
$43.09

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: February 22, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
John G. Ketcherick, Jr.  
    Debtor

Case No. 16-33571-VFP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Feb 22, 2018  
                Form ID: 137    Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2018.
```
db           +John G. Ketcherick, Jr.,    P.O. Box 194,    Mountain Lakes, NJ 07046-0194
aty          +Law Offices of David Wolff LLC,    396 Route 34,    Matawan, NJ 07747-7115
acc          +Bederson LLP,    347 Mt. Pleasant Avenue,    West Orange, NJ 07052-2749
516543079    +American Express,    PO Box 981537,    El Paso, TX 79998-1537
517179509     American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516543080    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998)
516592554     Bob Miller,    3595 Hill Road,    Parsippany, NJ 07054
516543081    +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
516543082    +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
516543083    +Chuck Hill Snowplowing,    5 Plymouth Road,    Morristown, NJ 07960-4513
516592555     Connect One Bank,    501 Sylvan Ave.,    Englewood Cliffs, NJ 07632
517199550    +ConnectOne Bank, f/k/a Red Oak Bank,    301 Sylvan Ave,    Englewood Cliffs, NJ 07632-2539
516543084    +Discover Card,    Attn: Pressler & Pressler,    7 Entin Rd.,    Parsippany, NJ 07054-5020
516592553    +Dukes Landscaping,    50 Route 46 West,    Hackettstown, NJ 07840-4938
516543085    +Eileen Ketcherick,    PO Box 194,    Mountain Lakes, NJ 07046-0194
516543095    ++FINANCIAL INSTITUTION LENDING OPTIONS,    550 BAY VIEW RD STE A,    PO BOX 750,
               MUKWONAGO WI 53149-0750
              (address filed with court: SST,    PO Box 3999,    Saint Joseph, MO 64503)
516543086    +George Fresolone,    23 Niblick Street,    Point Pleasant Beach, NJ 08742-3144
516543087    +LVNV Funding LLC,    Attn: Foster Garbus & Garbus,    7 Banta Pl.,    Hackensack, NJ 07601-5604
516543088    +Morristown Medical Center,    Attn: Certified Credit & Collection Bure,    PO Box 336,
               Raritan, NJ 08869-0336
516543089    +Morristown Medical Center,    Attn: Accurate Collection Services,    17 Prospect St,
               Morristown, NJ 07960-6862
517217822     Morristown Medical Center,    c/o CCCB,    PO Box 1750,    Whitehouse Station, NJ 08889-1750
516543091    +NJ Natural Gas Co.,    PO Box 11743,    Newark, NJ 07101-4743
516543090     Nationwide Credit Inc.,    PO Box 26314,    Lehigh Valley, PA 18002-6314
516543092    +PNC Bank,    731 Alexander Road, Ste 21,    PO BOX 2329,    Princeton, NJ 08543-2329
516543093     PNC Bank Business Credit Card,    PO Box 6352,    Fargo, ND 58125-6352
516543094    +Schatzman Baker PC,    731 Alexander Road,    Suite 201,    Princeton, NJ 08540-6345
516543096    +Wilmington Trust NA,    Attn:  KML Law Group, PC,    430 Mountain Avenue, Suite 200,
               New Providence, NJ 07974-2761
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Feb 23 2018 00:07:12     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 23 2018 00:07:08     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ  07102-5235
cr           +E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2018 00:05:50
               Synchrony Bank c/o PRA Receivables Management, LLC,    Valerie Smith,    PO BOX 41021,
               Norfolk, VA  23541-1021
516543078    +E-mail/Text: bkr@cardworks.com Feb 23 2018 00:06:33     Advanta Bank Corp.,
               Attn:  Carson Smithfield LLC,    225 West Station Square Drive,    Pittsburgh, PA 15219-1174
517180329     E-mail/PDF: resurgentbknotifications@resurgent.com Feb 23 2018 00:05:35
               LVNV Funding LLC, C/O Resurgent Capital Services,    P.O. Box 10675,
               Greenville, SC  29603-0675
516654687    +E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2018 00:05:51     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA  23541-1021
                                                                                              TOTAL: 6
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty*         +Law Offices of David Wolff,    396 Route 34,    Matawan, NJ 07747-7115
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2              User: admin              Page 2 of 2              Date Rcvd: Feb 22, 2018
                                  Form ID: 137             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2018 at the address(es) listed below:
              David   Wolff    dwtrustee@verizon.net,  NJ50@ecfcbis.com
              David   Wolff    on behalf of Trustee David  Wolff dwtrustee@verizon.net, NJ50@ecfcbis.com
              David   Wolff    on behalf of Attorney   Law Offices of David Wolff LLC dwtrustee@verizon.net,
               NJ50@ecfcbis.com
              David A. Ast    on behalf of Debtor John G. Ketcherick, Jr. david@astschmidtlaw.com,
               info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
              Denise E. Carlon    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank NA,
               as trustee on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust
               2006-HE3, Asset-Backed Certificates, Series 2006- dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 6
```