| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>BEDERSON, LLP<br>347 MT PLEASANT AVENUE – SUITE 200<br>WEST ORANGE, NJ 07052 |
| In Re:<br><br>JOHN G. KETCHERICK, JR.<br>      DEBTOR |

Order Filed on March 27, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-33571(VFP)

Hearing Date:

Judge:    Vincent F. Papalia

Chapter  7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

DATED: March 27, 2018

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| BEDERSON LLP | $3,295.50 | $43.09 |