| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**LAW OFFICES OF DAVID WOLFF LLC**<br>**Attorneys for Trustee**<br>**396 Route 34**<br>**Matawan, NJ 07747** | Order Filed on March 29, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **In Re:**<br><br>**JOHN G. KETCHERICK, JR.,**<br><br>    **Debtor.** | **Case No.:**  16-33571-VFP<br><br>**Hearing Date:**  3/27/2018 @ 2:00 p.m.<br><br>**Judge:**  Hon. Vincent F. Papalia<br><br>**Chapter:**  7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 29, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

Ordered that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Law Offices of David Wolff LLC | $23,442.00 | $75.25 |