| UNITED STATES BANKRUPTCY COURT |
|---|
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| BEDERSON, LLP<br>347 MT PLEASANT AVENUE – SUITE 200<br>WEST ORANGE, NJ 07052 |
| In Re:<br><br>JOHN G. KETCHERICK, JR.<br>             DEBTOR |

Order Filed on March 27, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  16-33571(VFP)

Hearing Date:

Judge:    Vincent F. Papalia

Chapter  7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

DATED: March 27, 2018

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| BEDERSON LLP | $3,295.50 | $43.09 |

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 16-33571-VFP
John G. Ketcherick, Jr.                                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 1              Date Rcvd: Mar 27, 2018
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2018.
db             +John G. Ketcherick, Jr.,    P.O. Box 194,   Mountain Lakes, NJ 07046-0194

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2018 at the address(es) listed below:
              David   Wolff    dwtrustee@verizon.net,  NJ50@ecfcbis.com
              David   Wolff    on behalf of Trustee David   Wolff dwtrustee@verizon.net,  NJ50@ecfcbis.com
              David   Wolff    on behalf of Attorney    Law Offices of David Wolff LLC dwtrustee@verizon.net
              David A. Ast    on behalf of Debtor John G. Ketcherick, Jr. david@astschmidtlaw.com,
               info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
              Denise E. Carlon    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank NA,
               as trustee on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust
               2006-HE3, Asset-Backed Certificates, Series 2006- dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6