**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

**LAW OFFICES OF DAVID WOLFF LLC**
Attorneys for Trustee
396 Route 34
Matawan, NJ 07747

Order Filed on March 29, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**JOHN G. KETCHERICK, JR.,**

    **Debtor.**

Case No.: 16-33571-VFP

Hearing Date: 3/27/2018 @ 2:00 p.m.

Judge: Hon. Vincent F. Papalia

Chapter: 7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 29, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

Ordered that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Law Offices of David Wolff LLC | $23,442.00 | $75.25 |

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-33571-VFP
John G. Ketcherick, Jr.                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 1           Date Rcvd: Mar 29, 2018
                              Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2018.
db            +John G. Ketcherick, Jr.,    P.O. Box 194,    Mountain Lakes, NJ 07046-0194

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2018 at the address(es) listed below:
              David    Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
              David    Wolff    on behalf of Trustee David  Wolff dwtrustee@verizon.net, NJ50@ecfcbis.com
              David    Wolff    on behalf of Attorney    Law Offices of David Wolff LLC dwtrustee@verizon.net
              David A. Ast    on behalf of Debtor John G. Ketcherick, Jr. david@astschmidtlaw.com,
               info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
              Denise E. Carlon    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank NA,
               as trustee on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust
               2006-HE3, Asset-Backed Certificates, Series 2006- dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6