| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>DAVID WOLFF<br>396 ROUTE 34<br>MATAWAN, NJ  07747<br>Chapter 7 Trustee |
| In Re:<br><br>KETCHERICK, JOHN G., JR.,<br><br>                                              Debtor. |

Order Filed on June 11, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-33571-VFP

Judge: VINCENT F. PAPALIA

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: June 11, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**Page 2**
Debtor: KETCHERICK, JOHN G., JR.
Case No.: 16-33571-VFP
Caption of Order: Order Awarding Trustee's Compensation and Expenses

---

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $ 8,050.00 is reasonable compensation for the services in this case by DAVID WOLFF, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $ 55.32 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.