Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 16−33571−VFP
                        Chapter:  7
                        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John G. Ketcherick Jr.
   aka Jack Ketcherick, aka Jack M.
   Ketcherick, aka John Ketcherick Jr., aka
   John M. Ketcherick
   P.O. Box 194
   Mountain Lakes, NJ 07046

Social Security No.:
   xxx−xx−5269

Employer's Tax I.D. No.:

## FINAL DECREE

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that David Wolff is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: October 3, 2018                   Vincent F. Papalia
                                          Judge, United States Bankruptcy Court